## GOOCH *et al.* v. HOPE *et al.*

No. 1255.   Opinion Filed January 9, 1912.

(120 Pac. 653.)

**APPEAL AND ERROR**—Review—Record.   When the evidence is not preserved, either by a valid bill of exceptions or case-made, and the assignments of error raise questions only of the errors alleged to have occurred on the trial, and which could be investigated only by an examination of the evidence, the judgment or order appealed from will be affirmed.

(Syllabus by the Court.)

*Error from District Court, Murray County;*
*R. McMillan, Judge.*

Action between H. B. Gooch and others and R. C. Hope and another. From the judgment, Gooch and others bring error. Affirmed.

*Charles Von Weise* and *Johnson & McGill,* for plaintiffs in error.

*Everest, Smith & Campbell,* for defendants in error.

DUNN, J.  This case presents error from the district court of Murray county, and is brought to this court to secure a reversal of the order thereof at chambers dissolving a temporary injunction.  The evidence taken is not preserved by any valid bill of exceptions or case-made, the case being here on a transcript. The only questions raised are those going to errors alleged to have occurred on·the trial; it being contended on the part of plaintiffs in error that'on the evidence the trial court erred in the conclusion reached. . As the evidence is not before us, we could not determine the question sought to be presented by counsel.

Hence the judgment of the trial court must be affirmed.

All the Justices concur.